UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:22-cr-62-BJD-LLL

18 U.S.C. § 922(a)(6)

ADAM TAYLOR

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about August 18, 2021, in the Middle District of Florida, ADAM TAYLOR, the defendant herein, acquired firearms, specifically, a Romarm Cugir, model Draco pistol, serial number 21DF-9475 and a Romarm Cugir, model Mini Draco pistol, serial number 21PF-8043, from a federally licensed firearms dealer, namely, All Shooters Tactical, LLC, during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provision of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any

FILED
5-24-2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

continuation sheet(s)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(6), the defendant, ADAM TAYLOR, shall forfeit to the United States, under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Romarm Cugir, model Draco pistol, serial number 21DF-9475; and

   b. a Romarm Cugir, Model mini Draco pistol, serial number 21PF-8043.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

          ROGER B. HANDBERG
          United States Attorney

By: _____
    FRANK TALBOT
    Assistant United States Attorney

By: _____
    ILIANYS RIVERA MIRANDA
    Assistant United States Attorney
    Chief, Criminal Division